UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM LEE GRANT, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:19-cv-283-D** |
| ) | |
| JOINT SPECIAL OPERATIONS COMMAND, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES plaintiff's complaint [D.E. 1-2] for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on August 19, 2019, and Copies To:**

William Lee Grant, II  (Sent to 901 Wythe Road Springfield, IL 62702 via US Mail)

DATE:  PETER A. MOORE, JR., CLERK

August 19, 2019  (By) /s/ Nicole Sellers

Deputy Clerk